**244-15**

# ELECTRONIC RECORD

COA # 01-14-00182-CR    OFFENSE: 22.02 (Aggravated Assaults)

STYLE: Waris Nadir Sublet v. The State of Texas    COUNTY: Harris

COA DISPOSITION: AFFIRM    TRIAL COURT: 262nd District Court

DATE: 01/29/2015    Publish: YES    TC CASE #: 1378742

# IN THE COURT OF CRIMINAL APPEALS

STYLE: Waris Nadir Sublet v. The State of Texas    CCA #: **244-15**

___APPELLANT'S___ Petition    CCA Disposition: _____

FOR DISCRETIONARY REVIEW IN CCA IS:    DATE: _____

___REFUSED___    JUDGE: _____

DATE: 04/29/2015    SIGNED: _____    PC: _____

JUDGE: _____    PUBLISH: _____    DNP: _____

_____ MOTION FOR

REHEARING IN CCA IS: _____

JUDGE: _____

**ELECTRONIC RECORD**